United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT LOWINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEWART INFORMATION SERVICES CORPORATION, THOMAS G. APEL, ARNAUD AJDLER, CLIFFORD ALLEN BRADLEY, JR., JAMES CHADWICK, ROBERT L. CLARKE, GLENN C. CHRISTENSON, FREDERICK H. EPPINGER, MATTHEW W. MORRIS, CLIFFORD PRESS, FIDELITY NATIONAL FINANCIAL, INC., A HOLDCO CORP., and S HOLDCO LLC,<br><br>Defendants. | Civil Action No. 4:18-cv-2203<br><br>JURY TRIAL DEMAND |

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the disclosures made in the Form S-4 Registration Statement (the "Registration Statement") filed with the United States Securities and Exchange Commission ("SEC") on or around May 30, 2018 in connection with the proposed acquisition of Stewart Information Services Corporation ("Stewart") by Fidelity National Financial, Inc., A Holdco Corp., and S Holdco LLC (collectively,

"Fidelity"), pursuant to a definitive agreement and plan of merger filed with the SEC on March 19, 2018 (the "Transaction");

WHEREAS, the Action asserts claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on August 1, 2018, Stewart filed and first mailed a definitive proxy statement on Schedule 14A (the "Proxy Statement") with the SEC in connection with the Transaction, which forms part of the Registration Statement;

WHEREAS, on August 24, 2018, Stewart filed a Form 8-K with the SEC supplementing the Proxy Statement and including certain additional information;

WHEREAS, Plaintiff believes that his claims in the Action have been mooted by the supplemental disclosures (the "Mooted Claims") and intends to dismiss the Action with prejudice as to himself, and without prejudice as to the members of the putative class;

WHEREAS, Plaintiff intends to seek an award of attorney's fees and reimbursement of expenses in connection with the Mooted Claims (the "Fee and Expense Request");

WHEREAS, defendants reserve all rights, arguments and defenses, including the right to oppose any potential Fee and Expense Request;

WHEREAS, no class has been certified in the Action and a motion for class certification has not been filed;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness Fee and Expense Request or award;

WHEREAS, defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

WHEREAS, Plaintiff does not concede or admit a lack of merit in any of his claims;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court, IT IS HEREBY STIPULATED AND AGREED, this 30th day of August, 2018 that:

1. The Action, including all claims asserted therein, is dismissed in its entirety with prejudice as to Plaintiff only and without prejudice as to the members of the putative class.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining any application by Plaintiff in connection with his Fee and Expense Request, if that becomes necessary.

4. This Stipulation and Order are entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee and Expense Request, which includes defendants' right to oppose the Fee and Expense Request.

5. To the extent that the parties are unable to reach an agreement concerning the Fee and Expense Request, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. If the parties reach an agreement concerning the Fee and Expense Request, they will notify the Court. Upon such notification, the Court will close the Action.

[SIGNATURE PAGES FOLLOW]

Dated: August 30, 2018

                By:   /s/ *Thomas E. Bilek*
                      Thomas E. Bilek
                      TX Bar No. 02313525/SDTX Bar No. 9338
                      THE BILEK LAW FIRM, L.L.P.
                      700 Louisiana, Suite 3950
                      Houston, Texas 77002
                      Tel: (713) 227-7720

                      OF COUNSEL:
                      Mark Levine
                      Aaron Brody
                      Michael Klein
                      STULL, STULL, & BRODY
                      6 East 45th Street
                      New York, New York 10017
                      Tel.: (212) 687-7230
                      Fax: (212) 490-2022
                      Email: mlevine@ssbny.com
                              abrody@ssbny.com
                              mklein@ssbny.com

                      Attorneys for Plaintiff

By: */s/ Noelle M. Reed*
Noelle M. Reed
Attorney-in-Charge
State Bar No. 24044211
S.D. Tex. No. 27139
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5122
Fax: (713) 483-9122
Email: noelle.reed@skadden.com

Attorneys for Defendants Stewart Information Services Corporation, Thomas G. Apel, Arnaud Ajdler, Clifford Allen Bradley, Jr., James Chadwick, Robert L. Clarke, Glenn C. Christenson, Frederick H. Eppinger, Matthew W. Morris and Clifford Press

By:  */s/ Douglas W. McClellan*
Douglas W. McClellan
Attorney-in-Charge
State Bar No. 24027488
S.D. Texas No. 393038
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Tel.: (713) 546-5000
Fax: (713) 224-9511
Email: garland.stephens@weil.com
       doug.mcclellan@weil.com

OF COUNSEL:
John A. Neuwirth
Evert J. Christensen, Jr.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Email: john.neuwirth@weil.com
       evert.christensen@weil.com

Attorneys for Defendants Fidelity National Financial, Inc., A Holdco Corp., and S Holdco LLC

IT IS SO ORDERED this 31ST day of August, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE